UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO.3:07mj29-H |
|---|---|---|
|  | ) |  |
| vs. | ) | ORDER FOR DISMISSAL |
|  | ) | COMPLAINT |
| WUESI BRAITHWAITE | ) |  |

Leave of Court is hereby granted for the dismissal of the criminal complaint (as it pertains to **WUESI BRAITHWAITE** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

**SO ORDERED**.

Signed: February 28, 2007

Carl Horn, III
United States Magistrate Judge